

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-14-00365-CR**

**IN RE PHOUTHASACK PHETVONGKHAM**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator seeks mandamus relief against the Honorable Kristin Guiney, Judge of the 179th District Court of Harris County. The Tenth Court of Appeals does not have territorial jurisdiction of an original proceeding arising out of Harris County, which is within the First and Fourteenth Judicial Districts, nor does it have jurisdiction over a Harris County district judge. *See* TEX. GOV'T. CODE ANN. § 22.201(b, k, o) (West Supp. 2014); § 22.221(b)(1) (West 2004). Accordingly, the petition for writ of mandamus is dismissed for lack of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed December 11, 2014
Do not publish
[OT06]

